USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:1/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIANNAA SCODTT,

                Plaintiff,

          -against-

NYC DEPARTMENT OF HOMELESS SERVICES,

                Defendant.

1:24-cv-02132-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the Parties joint Proposed Case Management Plan and Scheduling Order. [ECF No. 41]. The Parties indicated their consent to conduct all further proceedings before a Magistrate Judge, *id.* ¶, yet neglected to execute and submit to the Court a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, despite being clearly instructed to do so in the same paragraph of the form Case Management Plan. Moreover, in dereliction of their obligation under multiple Orders, the Parties have, to date, not filed on the docket a joint letter as required prior to an Initial Pretrial Conference by this Court's Individual Rules of Practice. *See* [ECF No. 40] (collecting prior Orders).

Accordingly, the conference scheduled in this matter for January 14, 2026, is hereby ADJOURNED. Should the Parties complete and submit to the Court a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, the Court will duly refer the case to the Magistrate Judge assigned to this matter.

**The Parties are on notice that continued failure to comply with court orders and the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice in Civil Cases may result in sanctions, including monetary sanctions on counsel and**

1

the parties; preclusion of claims, defenses, evidence, and motion practice; and case-terminating sanctions.

SO ORDERED.

Date:  January 13, 2026
      New York, NY

              **MARY KAY VYSKOCIL**
              **United States District Judge**