USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIANNAA SCODTT,

                Plaintiff,

           -against-

NYC DEPARTMENT OF HOMELESS SERVICES,

                Defendant.

1:24-cv-02132-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On January 12, 2026, the Parties submitted a joint Proposed Case Management Plan and Scheduling Order indicating the Parties' consent to conduct all further proceedings before a Magistrate Judge. [ECF No. 41] ¶ 1. In so doing, however, the Parties neglected to execute and submit to the Court a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, despite being clearly instructed to do so in the same paragraph of the form Case Management Plan. *Id.* Accordingly, the Court noted in an Order adjourning a previously scheduled conference that "[s]hould the Parties complete and submit to the Court a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, the Court [would] duly refer the case to the Magistrate Judge assigned to this matter." [ECF No. 43].

The Parties have since then taken no further action. Accordingly, it is hereby ORDERED that on or before January 23, 2026, the Parties shall submit to the Court a letter indicating whether they consent to conduct all further proceedings before a Magistrate Judge, and, if so, shall at the same time submit an executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge.

**The Parties are on notice that continued failure to comply with court orders and the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of**

1

**Practice in Civil Cases may result in sanctions, including monetary sanctions on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and case-terminating sanctions.**

The Clerk of Court is respectfully requested to terminate docket entry number 42.

**SO ORDERED.**

**Date:  January 20, 2026**
       **New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**

2