

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

**Yi Liu, Esq.**
**Assistant Corporation Counsel**
**Labor and Employment Law Division**
Telephone: (212) 356-2533
Cell No.: (332) 323-0668

February 3, 2026

<u>**Via CM/ECF**</u>
Honorable Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

ENDORSEMENT: In view of the consent to U.S. Magistrate Judge Stewart D. Aaron's jurisdiction, this letter is DENIED AS MOOT.
SO ORDERED.
Dated: 2/4/2026

Re:    <u>Kiannaa Scodtt v. the City of New York,</u>
No.: 24-cv-02132(MKV)

Dear Judge Vyskocil,

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York representing Defendants, the City of New York in the above-mentioned action. I write in response to the Court's Order dated January 30, 2026 directing the parties to show cause as to why they have failed to comply with the Court's previous Orders. <u>See</u> ECF No. 46.

I sincerely and respectfully apologize to the Court for the delay. I have been managing conflicting obligations and accidently misread the Court's Orders and was therefore mistaken about Defendant's obligations. I take full responsibility for inadvertently misreading the Court's Orders and misunderstanding Defendant's obligations. I recognize the importance of strict compliance with the Court's Orders and regret the error. I will ensure greater care and attention to the Court's directives going forward.

At this time, both parties in this matter consent to conducting all further proceedings before the Magistrate Judge. As per the Court's Order, I have attached a fully executed copy of the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge. Since the submission of the civil case management plan and scheduling order on January 12, 2026, Parties have been in communication regarding proceeding with discovery.

I thank the Court for its time and consideration of this request.

Respectfully submitted,
/s/_____
Yi Liu
Assistant Corporation Counsel
yil@law.nyc.gov

Cc:    Plaintiff via ECF & Email

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
## for the

Kiannaa Scodtt
_____
Plaintiff

)
)
)
City of New York
_____  v.
Defendant

)
)
)

Civil Action No. 1: 24-cv-02132-MKV

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Printed names of parties and attorneys | Signatures of parties or attorneys | Dates |
|---|---|---|
| Kiannaa Scodtt/Pro-se | *Kiannaa Scodtt* | 1/27/26 |
| Yi Liu, Assistant Corporation Counsel NYC Law Department | *Liu* | 2/3/2026 |

## Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.