**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Kiannaa Scodtt, | |
| Plaintiff, | **1:24-cv-02132 (SDA)** |
| -against- | **ORDER** |
| City of New York, | |
| Defendant. | |

**STEWART D. AARON, United States Magistrate Judge:**

As per the case management plan filed March 18, 2026 (ECF No. 54), the parties were to file a joint status letter on May 30, 2026. Because this date fell on a weekend, the letter was due on Monday, June 1, 2026. Notwithstanding the Court's email reminder sent on Tuesday, June 2, 2026, the parties failed to file the letter.

It is hereby ORDERED that the parties shall file a joint letter to the ECF docket by Tuesday, June 9, 2026, or sanctions may be imposed.

**SO ORDERED.**

DATED:     New York, New York
           June 5, 2026

_Stewart d. aaron_
_____
STEWART D. AARON
United States Magistrate Judge